PROB 12C
(6/16)

Report Date: August 6, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 07, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Lee Westom                Case Number: 0980 2:04CR00105-EFS-1

Address of Offender:                              , Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2005

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 180 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: U.S. Attorneys Office           Date Supervision Commenced: April 26, 2018

Defense Attorney:    Federal Defenders Office        Date Supervision Expires: April 25, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**:  On April 30, 2018, the undersigned officer reviewed with Mr. Westom his conditions of supervised release.  He signed his conditions acknowledging an understanding, to include mandatory condition number 2, that he is not to commit another federal, state, or local crime.

On August 5, 2018, Mr. Westom was arrested and booked into the Spokane County Jail for vehicular assault.

According to the Spokane County Sheriff's police report, case number 2018-10108037, at approximately 12:01 a.m., Spokane County sheriff's deputies were dispatched to a two vehicle head-on collision in Spokane County, Washington.  After the initial investigation, it was determined that Mr. Westom's vehicle had crossed the center line and collided head-on with another vehicle.  A passenger in the victim's vehicle sustained serious injuries and had to be airlifted to a local hospital.

Prob12C
**Re: Westom, Richard Lee**
**August 6, 2018**
Page 2

Additionally, deputies noted Mr. Westom was "slow, lethargic, and had slurred speech," when initially contacted by deputies. Deputies conducted a horizontal gaze nystagmus (HGN) test and Mr. Westom was unable to complete the test. During the HGN test, deputies observed Mr. Westom swaying from right to left, and his eyes were bloodshot and watery. A preliminary breath test (PBT) was conducted, and Mr. Westom blew a .089. In addition, a clear glass pipe, commonly used for smoking methamphetamine, was located at the front of Mr. Westom's vehicle.

2 **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On April 30, 2018, the undersigned officer reviewed with Mr. Westom, his conditions of supervised release. He signed his conditions acknowledging an understanding, to include standard condition number 6.

On August 6, 2018, the undersigned officer was contacted by staff with Spokane County Pre-Trial Services, as staff wanted to confirm the information that Mr. Westom had provided them. Staff advised that Mr. Westom provided them an address off of Highway 2, north of Spokane. The undersigned officer advised Mr. Westom had not disclosed he had been living at the address provided to Spokane County Pre-Trial Services. Furthermore, Mr. Westom had also advised staff at Spokane County Pre-Trial Services that he was employed with Sauer Construction, and had been for approximately 1 month. The undersigned officer advised staff that Mr. Westom did not disclose to the undersigned officer that he obtained new employment.

Also, on August 6, 2018, the undersigned officer contacted Mr. Westom's supervisor at JCA Underground, the employer the undersigned officer had on record. The supervisor advised that Mr. Westom's employment and housing, he was living in the supervisor's travel trailer, was terminated on August 1, 2018. Mr. Westom failed to notify the undersigned officer of any change in his residence or employment.

3 **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: On April 30, 2018, the undersigned officer reviewed with Mr. Westom his conditions of supervised release. He signed his conditions acknowledging an understanding, to include standard condition number 7, prohibiting him from possessing any paraphernalia related to any controlled substances.

Related to the vehicle accident in case number 2018-10108037, and referenced in violation number 1, during the investigation conducted by the Spokane County Sheriffs Office, a clear glass smoking device, commonly used to smoke methamphetamine, was located at the front of Mr. Westom's vehicle.

4 **Special Condition # 16**: Defendant shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

Prob12C
**Re: Westom, Richard Lee**
**August 6, 2018**
Page 3

**Supporting Evidence**: On April 30, 2018, the undersigned officer reviewed with Mr. Westom his conditions of supervised release. He signed his conditions acknowledging an understanding, to include special condition number 16, prohibiting him from consuming alcohol.

Related to the vehicle accident in case number 2018-10108037, and referenced in violation number 1, during the investigation conducted by the Spokane County Sheriffs Office, Mr. Westom admitted to consuming "a couple of beers" and blew a .089 on the PBT at 12:40 a.m. Mr. Westom is prohibited from consuming any alcoholic beverages. A blood sample was also administered at the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/06/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
8/7/18
Date