PROB 12C
(6/16)

Report Date: April 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Lee Westom                Case Number: 0980 2:04CR00105-EFS-1

Address of Offender: ███████████████████, Chattaroy, Washington 99003

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 30, 2005

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 180 months           Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation Sentence:    Prison - 1 day
(November 15, 2018)     TSR -24 months, 364 days

Asst. U.S. Attorney:    U.S. Attorneys Office         Date Supervision Commenced: January 24, 2022

Defense Attorney:       Federal Defenders Office      Date Supervision Expires: January 23, 2025

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Westom is in violation of his conditions of supervised release for using methamphetamine, on or about February 20, 2023. |
| | Specifically, on February 22, 2023, Mr. Westom provided a urinalysis that tested presumptive positive for methamphetamine. On February 24, 2023, Mr. Westom admitted to this officer that he did in fact use methamphetamine, on or about February 20, 2023. |

Prob12C
Re: Westom, Richard Lee
April 17, 2023
Page 2

2  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Westom is in violation of his conditions of supervised release for using methamphetamine, on or about March 8, 2023.

On March 9, 2023, Mr. Westom sent the undersigned a text message stating that he had relapsed. On March 10, 2023, the undersigned spoke with Mr. Westom, at which time he again admitted to relapsing on methamphetamine on or about March 8, 2023.

3  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Westom is in violation of his conditions of supervised release for using methamphetamine, on or about April 3, 2023.

Specifically, on April 3, 2023, Mr. Westom submitted a urinalysis specimen that tested presumptive positive for methamphetamine and this specimen was sent to the laboratory for confirmation. On April 12, 2023, the aforementioned sample was confirmed positive for methamphetamine and it should be noted this sample was also determined to be diluted.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 17, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 18, 2023
Date