PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2023

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Richard Lee Westom                    Case Number: 0980 2:04CR00105-EFS-1

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2005              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,    Date Supervision Commenced: September 19, 2023
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 180 months;                Date Supervision Expires: October 22, 2024
                   TSR - 36 months

Revocation Sentence: Prison - 90 days;
(November 15, 2018) TSR - 24 months, 364 days

---

### NONCOMPLIANCE SUMMARY

On September 19, 2023, an officer reviewed the judgment with the offender. Mr. Westom signed the judgment acknowledging an understanding of his conditions.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by your supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is being alleged that Mr. Westom is in violation of his conditions of supervised release by using methamphetamine on or around October 3 and 12, 2023.

On October 3, 2023, Mr. Westom provided a random urinalysis test at Pioneer Human Services (PHS). The test was sent to the contract laboratory, which confirmed the urine sample to be positive for methamphetamine.

On October 13, 2023, a random urinalysis test was collected from Mr. Westom at PHS, which yielded a presumptive positive finding for methamphetamine. Mr. Westom admitted via written and verbal statements that he used methamphetamine on October 12, 2023.

Prob12A
Re: Westom, Richard Lee
October 17, 2023
Page 2

**U.S. Probation Officer Action**:

Mr. Westom recently released from the custody of the Bureau of Prisons on September 19, 2023, after previously having his supervised released revoked for 90 days. As noted above, Mr. Westom has relapsed on methamphetamine shortly after his release from custody.

In response to his methamphetamine use, Mr. Westom has voluntarily asked to participate in the Sobriety Treatment Education and Program (STEP). He has been accepted into the program and is tentatively scheduled to start the program on October 19, 2023.

Based on the information provided above, the undersigned officer respectfully requests the Court to take no action on the violations and allow Mr. Westom to participate in the STEP program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:   October 17, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer
Date: October 17, 2023

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

October 17, 2023

Date