PROB 12C
(6/16)

Report Date:  April 11, 2024

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 11, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Lee Westom          Case Number: 0980 2:04CR00105-EFS-1

Address of Offender: ██████████████  Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 25, 2005

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 180 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation:            Prison - 1 day
(November 15,          TSR - 2 years, 364 days
2018)

Revocation:            Prison - 90 days
(June 20, 2023)        TSR - Set to expire on
                       10/22/24

Asst. U.S. Attorney:   Earl Hicks           Date Supervision Commenced: September 19, 2023

Defense Attorney:      Andrea George        Date Supervision Expires: October 22, 2024

---

### PETITIONING THE COURT

To issue a warrant.

On September 19, 2023, a supervision intake was completed with Richard Westom.  His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the court

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Richard Westom violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 1, 2024. |

Prob12C
**Re: Westom, Richard Lee**
**April 11, 2024**
**Page 2**

On April 1, 2024, Mr. Westom appeared at Pioneer Human Services (PHS) for a random urinalysis.  He tested presumptive positive for methamphetamine.  He signed a drug use admission form indicting use of methamphetamine that same day.  The sample was sent to the lab for additional testing.  The lab report confirmed a positive presence for methamphetamine.

2          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**:  It is alleged that Richard Westom violated the terms of his supervised release by failing to report, on or about April 8, 2024, or since.

On April 8, 2024, the undersigned officer left Mr. Westom a voice message and sent him a text message directing him to report that day by 4 p.m.  Mr. Westom failed to report as directed.  At approximately 5:30 p.m. that same day, the undersigned officer left Mr. Westom another voice message and sent him another  text message directing him to report by 10 a.m. the following day, August 9, 2024.

On April 9, 2024, Mr. Westom sent a text message to the undersigned officer stating, "I'm turning myself into ABHS ON Friday.  I know I screwed up, I really don't  have a answer. Staying in motel until then."

The undersigned responded and advised he needed to provide an address of where he is staying and that he is still expected to report that day.  Mr. Westom has not yet responded and continues to not report.  His whereabouts are unknown.

3          **Standard Condition #5:** You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people with live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Richard Westom violated the terms of his supervised release by failing to reside at an approved residence, on or about April 8, 2024, or since.

On April 9, 2024, Mr. Westom sent the undersigned a text message advising he is staying at a motel.  The undersigned advised his address would be needed.  Mr. Westom has not provided an address as required.   On April 10, 2024, contact was made with his friend with whom he was last residing.  That individual advised he did not stay at the reported residence on April 8, 2024, or since, and his whereabouts are unknown.

4          **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to

Prob12C
**Re: Westom, Richard Lee**
**April 11, 2024**
**Page 3**

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Richard Westom violated the terms of his supervised release by failing to attend substance abuse treatment on or about April 4, 2024, or since.

Mr. Westom is enrolled in outpatient substance abuse treatment with Spokane Addiction and Recovery Centers (SPARC). He is expected to attend two group sessions per week (Tuesdays and Thursdays). SPARC staff reported that Mr. Westom did not attend his scheduled group sessions on April 4 and April 9, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/11/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

April 11, 2024

Date